Rel: December 22, 2023

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0420

Leah Abbott Belser v. Marion County (Appeal from Marion Circuit Court:
CV-22-900092).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Shaw, Bryan, Mendheim, Stewart, Mitchell, and
Cook, JJ., concur.

Sellers, J., concurs in the result.